**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Andre Tony Walls,

Plaintiff,

v.

Deanna Hiller, et al.,

Defendants.

Civil No. 00-413 RHK/AJB

**ORDER TO TAKE ACTION**

Upon examination of the file in this matter and the documents contained therein, the Court has determined that more than 120 days have elapsed since suit was filed and summons issued. Rule 4(m) of the Federal Rules of Civil Procedure require that the summons and complaint be served upon a defendant within 120 days after filing of the complaint. Rule 4(m) further provides that upon notice to the plaintiff, the action may be dismissed without prejudice on the Court's own initiative. Alternatively, the Court may direct that service be effected within a specified time, which may be extended upon showing good cause.

Plaintiff filed a "Notice of Lawsuit and Request for Waiver of Service of Summons" with respect to individual defendants Deanna Hiller and Michael Isaacson. Plaintiff also filed a "Waiver of Service of Summons" which he himself executed on the signature line where a designated defendant might have acknowledged service. There are no documents in the Court's file to indicate that the summons and complaint were personally served on any defendant named in this action and there are no documents to indicate that any defendant has agreed to waive personal service and acknowledge effective service by mail or any means other than personal service. While a party may elect to waive personal service and thereby avoid

FILED JUL 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

potential liability for costs of service, the party is under no absolute obligation to waive personal service. Fed. R. Civ. P. 4(d). Plaintiff in this action paid the full filing fee of $150.00 and the summons were issued directly to him for service upon defendants. He did not apply for *in forma pauperis* status and is not entitled to service by the United States Marshal's Office on that account.

Accordingly, counsel for Plaintiff is directed to:

1. Accomplish personal service of the summons and complaint upon each defendant before August 1, 2000; or

2. Obtain an effective waiver of personal service and acknowledgment of service from each defendant before August 1, 2000. An effective waiver and acknowledgment of service must be signed by the defendant or authorized representative of the governmental defendant; or

3. Advise the Court in writing if good cause exists for noncompliance with the terms of this Order.

Unless plaintiff timely complies with this Order, and files proof of service or acknowledgment of service with the Court before August 15, 2000, the Magistrate Judge will recommend that this case be dismissed for lack of prosecution.

Dated: 7/7/00

Arthur J. Boylan
United States Magistrate Judge