**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Andre Tony Walls,

Civil No. 00-413 RHK/AJB

Plaintiff,

v.

**ORDER**

Deanna Hiller, et al.,

Defendants.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's request for assistance by the United States Marshals Service in making effective personal service on defendants. Plaintiff's request is in accordance with the Court's Second Order to Take Action wherein the Court recommended that plaintiff seek such assistance.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff shall return a separate and properly completed copy of Form USM-285, Process Receipt and Return, for each defendant to be served to the Clerk of Court within 30 days of the date of this Order. Plaintiff shall also submit a separate copy of the complaint for each defendant to be served. It is the pro se plaintiff's responsibility to provide proper addresses for service on defendants. Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993). If he does not submit the USM-285 forms and complaint copies within 30 days he will be deemed to have abandoned his action, and it will be recommended that the case be dismissed, without prejudice, for lack of prosecution. Fed. R. Civ. P. 41(b). If plaintiff does satisfy the requirement in a timely manner, then a summons shall be issued, and service of process shall be performed by the U.S. Marshal. However, the Marshal will be required to serve only those

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

defendants for whom plaintiff has submitted a properly completed Marshal service form and an extra copy of the complaint. (Form-285 will be provided by the Clerk's office).

2. Upon plaintiff's submission of the necessary documents described above, the United States Marshals Service shall effect service on defendants as designated by the plaintiff. Fed. R. Civ. P. 4(c)(2).

Dated: 9/6/00

Arthur J. Boylan
United States Magistrate Judge