UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-413 RHK/AJB

ANDRE TONY WALLS,

Plaintiff,

v.

DEANNA HILLER, MICHAEL ISAACSON, FEDERAL BUREAU OF PRISONS,

Defendants.

**O R D E R**

Upon application of Defendants Deanna Hiller and Michael Isaacson, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants Deanna Hiller and Michael Isaacson shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to January 23, 2001.

Dated: 1/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JAN 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK