**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Andre Tony Walls,

Civil No. 00-413 (RHK/AJB)

Plaintiff,

v.

**ORDER TO TAKE ACTION ON MOTION TO DISMISS**

Deanna Hiller, Michael Isaacson,
Federal Bureau of Prisons,

Defendants.

This matter is before the Court, Magistrate Arthur J. Boylan, on defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12 (b)(6), filed January 23, 2001. Plaintiff is a pro se prisoner whose complaint alleges violation of civil rights under 42 U.S.C. §1983. He alleges that he has been erroneously given a high security level rating, thereby precluding transfer to a lower security facility closer to his home. Defendants are represented by Patricia R. Cangemi, Esq, Assistant United States Attorney..

**IT IS HEREBY ORDERED THAT** plaintiff shall have until February 26, 2001, to submit a memorandum response to defendants' motion for dismissal. Plaintiff's responsive memorandum must be filed with the Court and served upon defendants before February 26, 2001, at which time the motion to dismiss will be considered fully briefed and ready for determination. Failure to provide a timely written response addressing each of the bases for dismissal will result in consideration of the motion without argument from the plaintiff.

Dated: 1/24/01

Arthur J. Boylan
United States Magistrate Judge

Filed JAN 24 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________