**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andre Tony Walls,

Plaintiff,

vs.

Deanna Hiller, Michael R. Isaacson and
Federal Bureau of Prisons,

Defendant.

Civil No. 00-413 (RHK/AJB)

**ORDER**

---

Plaintiff's Motion for New Trial on Newly Discovered Evidence (Doc. No. 32) is **DENIED**; treating the same as a request to make a motion to reconsider the Court's July 19, 2001 Order (Doc. No. 28) and July 23, 2001 Amended Order (Doc. No. 30), said request is **DENIED**.

Dated: August 2, 2001

RICHARD H. KYLE
United States District Judge

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________